370

No. 12–0020/AR. U.S. v. Exavious J. Davenport. CCA 20090507. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 24, 2011.

No. 12–0070/AF. U.S. v. Erica N. Perry. CCA 37676. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 24, 2011.

Thursday, October 6, 2011

No. 11–0644/AR. U.S. v. Brandon T. Tessier. CCA 20100161. On consideration of the petition for a grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is granted, and that the decision of the United States Army Court of Criminal Appeals is affirmed.*

No. 11–0664/NA. U.S. v. Derek L. Allen. CCA 201100040. Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL

---

* It is directed that the promulgating order be corrected to reflect that both the plea and finding with respect to Specification 1 of the Charge were Guilty, and that the specification had been amended prior to arraignment to read as follows: In that Specialist Brandon T. Tessier, U.S. Army, did, at or near Fort Dix, New Jersey, between on or about 15 November 2008 and 28 November 2008, wrongfully and knowingly possess child pornography, which was to the prejudice of good order and discipline, or was of a nature to bring discredit to the armed forces. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

The decision of the United States Navy–Marine Corps Court of Criminal Appeals is vacated. The record of trial is returned to the Judge Advocate General of the Navy for remand to that court for consideration of the granted issue in light of *United States v. Fosler*, 70 M.J. 225 (C.A.A.F. 2011).

BAKER, Chief Judge (dissenting): I dissent for the reasons stated in my dissenting opinion in Fosler. *United States v. Fosler*, 70 M.J. 225, 240–47 (C.A.A.F. 2011). [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 12–0019/AR. U.S. v. Thomas A. Pressley. CCA 20110106. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and that the decision of the United States Army Court of Criminal Appeals is affirmed.*

No. 11–0644/AR. U.S. v. Brandon T. Tessier. CCA 20100161. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 11–0664/NA. U.S. v. Derek L. Allen. CCA 201100040. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

No. 12–0019/AR. U.S. v. Thomas A. Pressley. CCA 20110106. [See also APPEALS–SUMMARY DISPOSITIONS this date.]

---

* It is directed that the promulgating order be corrected to reflect a plea of not guilty to the Specification of Charge III. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]